**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

|  |  |  |
|---|---|---|
| **SHERYL MCCRAY,** | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 4:13-cv-00060 |
| **ARDELLE ASSOCIATES, ET AL.,** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION PRO HAC VICE

Defendant Ardelle Associates, Inc. (Ardelle), by and through counsel, moves this Court to admit Douglas W. Desmarais and Kerstin M. Miller of Smith & Downey, P.A., to appear *pro hac vice* on behalf of Ardelle in the above matter. In support of this motion, counsel for Ardelle states as follows:

1. The undersigned firm represents Ardelle in the above action. Melissa Jackson Howell is a member of the Bar of this Court and moves for the admission *pro hac vice* of Douglas W. Desmarais and Kerstin M. Miller.

2. Mr. Desmarais, a partner with Smith & Downey, P.A., One W. Pennsylvania Ave., Suite 950, Baltimore, Maryland 21204 is a member in good standing of the Maryland State Bar and has been licensed to practice law in Maryland and admitted to practice before the United States District Court for Maryland and the United States District Court for the District of Columbia.

3. Ms. Miller, an associate with Smith & Downey, P.A., One W. Pennsylvania Ave., Suite 950, Baltimore, Maryland 21204 is a member in good standing of the Maryland State Bar and has been licensed to practice law in Maryland and admitted to practice before the United States District Court for Maryland.

4. If admitted, Mr. Desmarais and Ms. Miller will represent Defendant Ardelle in this action together with Melissa Jackson Howell of Howell Law Group, PLLC, 999 Waterside Drive, Suite 2525, Norfolk, Virginia  23510, who has been licensed in and is a member in good standing of the United States District Court for the Eastern District of Virginia and the Virginia State Bar (VSB No. 48411), and who has been admitted to practice before the United States District Court for the Eastern District of Virginia (2002), the **United States Court of Appeals for the Fourth Circuit (2002)**, the Supreme Court of Virginia and all lower courts in Virginia (2002), and the United States Supreme Court (2012).

5. With reference to all matters incident to this action, Mr. Desmarais and Ms. Miller agree to be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United States District Court for the Eastern District of Virginia in all respects as if they were regularly admitted and a licensed member of this Court in good standing.

6. In further support of this motion, and pursuant to Local Civil Rule 83.1 (D), applications for both Mr. Desmarais and Ms. Miller are attached as Exhibit 1.

WHEREFORE, Defendant Ardelle respectfully requests this Court to enter an Order admitting Douglas W. Desmarais and Kerstin M. Miller to appear for all purposes *pro hac vice* before this Court as counsel for Defendant in the above matter to the extent permitted under Local Civil Rule 83.1 (D) of the Local Rules of this Court.

Dated: September \_\_\_, 2013

                                        Respectfully submitted,

                                        _____/s/_____
                                        Melissa Jackson Howell (VSB No. 48411)
                                        HOWELL LAW GROUP, PLLC
                                        999 Waterside Drive, Suite 2525
                                        Norfolk, VA 23510
                                        Telephone: 757.630.4030
                                        Facsimile: 757.216.0160
                                        MHowell@HowellHRLaw.com
                                        *Counsel for Defendant Ardelle Associates, Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing *Motion for Admission Pro Hac Vice* was electronically filed with the Clerk's Office using this Court's CM/ECF system, which will then serve a notice of electronic filing (NEF) on the judge and plaintiff at:

September _____, 2013

        Sheryl McCray
        6 Kirkwood Circle
        Hampton, VA 23666
        Scoleman64@cox.net

                                        _____/s/_____
                                     Melissa Jackson Howell (VSB No. 48411)
                                     HOWELL LAW GROUP, PLLC
                                     999 Waterside Drive, Suite 2525
                                     Norfolk, VA 23510
                                     Telephone: 757.630.4030
                                     Facsimile: 757.216.0160
                                     MHowell@HowellHRLaw.com
                                     *Counsel for Defendant Ardelle Associates, Inc.*

## IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

|  |  |  |
|---|---|---|
| **SHERYL MCCRAY,** | * |  |
|  | * |  |
| Plaintiff, |  |  |
| **v.** | * | Civil No. 4:13-cv-00060 |
|  |  |  |
| **ARDELLE ASSOCIATES, ET AL.,** | * |  |
|  |  |  |
| Defendants. | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Ardelle Associate, Inc.'s *Motion for Admission Pro Hac Vice* and all responses thereto, it is hereby ORDERED that Defendant's motion is GRANTED, and Mr. Douglas W. Desmarais and Ms. Kerstin M. Miller are admitted *pro hac vice* for all purposes related to this matter.

IT IS SO ORDERED this _____ day of September, 2013.

_____

COPIES OF THIS ORDER TO BE SENT TO:

Melissa Jackson Howell (VSB No. 48411)
HOWELL LAW GROUP, PLLC
999 Waterside Drive, Suite 2525
Norfolk, VA 23510
Telephone: 757.630.4030
Facsimile: 757.216.0160
MHowell@HowellHRLaw.com

Douglas W. Desmarais
Smith & Downey, P.A.
One W. Pennsylvania Ave., Suite 950
Baltimore, Maryland 21204
(410) 321 9000 (Phone)
(410) 321 6270 (Fax)
ddesmarais@smithdowney.com

Kerstin M. Miller
Smith & Downey, P.A.
One W. Pennsylvania Ave., Suite 950
Baltimore, Maryland 21204
(410) 321 9000 (Phone)
(410) 321 6270 (Fax)
kmiller@smithdowney.com

Sheryl McCray
6 Kirkwood Circle
Hampton, VA 23666
Scoleman64@cox.net